# MEMORANDUM DECISIONS

DICKERSON v. STATE. (No. 3283.) (Court of Criminal Appeals of Texas. Oct. 28, 1914.) Appeal from Houston County Court; C. M. Ellis, Judge. Mose Dickerson was convicted of violating the prohibition law, and he appeals. Affirmed. C. E. Lane, Asst. Atty. Gen., for the State.

PRENDERGAST, P. J.. Appellant was convicted for violating the prohibition law, the offense being a misdemeanor. There is neither a statement of facts nor bill of exceptions. No question is raised which can be considered in the absence of these. The judgment is affirmed.

EATON v. STATE. (No. 3292.) (Court of Criminal Appeals of Texas. Oct. 28, 1914.) Appeal from Rains County Court; J. B. Allred, Judge. Acquilla Eaton was convicted of playing cards at a place other than a private residence, and he appeals. Affirmed. C. E. Lane, Asst. Atty. Gen., for the State.

HARPER, J. Appellant was convicted of playing cards at a place other than a private residence. W. E. Bevers, a deputy sheriff, testified that he was informed that a game of cards was being played out in the woods, where appellant and some others were cutting wood; that he went to this place and found his information to be true; that he watched the game long enough to see one hand played and another dealt; that he saw appellant pick up the cards when dealt; and that when he arrested the participants appellant had cards in his hands. Appellant's testimony is that a game was being played, but by others; that he did not engage in the game. There is but one bill of exceptions in the record, and that complains of the action of the court in refusing to give a special charge requested. As the charge of the court required the jury to find affirmatively beyond a reasonable doubt that appellant did play at a game of cards, the refusal of the special charge presents no error. The judgment is affirmed.

HARRISON v. STATE. (No. 3297.) (Court of Criminal Appeals of Texas. Nov. 4, 1914.) Appeal from District Court, Grayson County; M. H. Garnett, Judge. M. C. Harrison was convicted of theft from the person, and he appeals. Affirmed. C. E. Lane, Asst. Atty. Gen., for the State.

PRENDERGAST, P. J. Appellant was convicted of theft from the person, and his punishment fixed at the lowest prescribed by law. There is neither a statement of facts nor a bill of exceptions. No question is raised which can be considered in the absence of these. The judgment is affirmed.

Ex parte HICKMAN. (No. 3307.) (Court of Criminal Appeals of Texas. Oct. 14, 1914. Rehearing Denied Nov. 11, 1914.) Appeal from District Court, Robertson County; J. C. Scott, Judge. Habeas corpus by J. E. Hickman for the purpose of obtaining bail. From a judgment denying the application for bail, the relator appeals. Reversed, and bail granted. Hudson & Hudson, of Bryan, for appellant. C. E. Lane, Asst. Atty. Gen., for the State.

DAVIDSON, J. Relator was refused bail on habeas corpus trial. A review of the facts and the conditions presented by this record, we believe, justifies granting bail, and that the judge erred in not admitting relator to bail. The judgment will therefore be reversed, and bail granted in the sum of $7,500. The sheriff of Robertson county will take bond under the terms of the law in accordance with the opinion. The judgment is reversed, and bail granted.

HARPER, J., not sitting.

CANNON v. STATE. (Supreme Court of Arkansas. Sept. 29, 1913.) Appeal from Circuit Court, Polk County; Jefferson T. Cowling, Judge.

PER CURIAM. Appeal dismissed for noncompliance with rule 10. See, also, 169 S. W. 812.

CARUTHERS v. STATE. (Supreme Court of Arkansas. July 14, 1913.) Certiorari to Circuit Court, Jackson County; R. E. Jeffery, Judge.

PER CURIAM. Judgment denying bail affirmed.